# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 99-2451EM

———————

| | |
|---|---|
| Alison D. Johnson, | * |
| | * On Appeal from the United |
| Appellant, | * States District Court |
| | * for the Eastern District |
| v. | * of Missouri. |
| | * |
| Metropolitan St. Louis Sewer District, | * [Not To Be Published] |
| | * |
| Appellee. | * |

———————

Submitted: May 24, 2000

Filed: June 5, 2000

———————

Before RICHARD S. ARNOLD, BOWMAN, and BEAM, Circuit Judges.

———————

PER CURIAM.

Alison Johnson appeals from the District Court's[1] grant of summary judgment to her former employer in her action under the Americans with Disabilities Act (ADA), 42 U.S.C. §§ 12101-12213, and Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e-2000e-17. After de novo review, see Lynn v. Deaconess Med. Ctr.-W. Campus, 160 F.3d 484, 486 (8th Cir. 1998), we conclude the District Court's judgment

———————

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

was proper for the reasons stated in the Court's thorough opinion.  Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK,  U.S.  COURT  OF  APPEALS,  EIGHTH  CIRCUIT.